In the Matter of the Estate of MANSFIELD B. JORDAN, Deceased. NORMA J. MOBLEY and Another, Co-Executors of the Estate of MANSFIELD B. JORDAN, Deceased, Respondents; VERONICA T. REYES, Appellant. [46 NYS3d 463]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Lindley, NeMoyer and Scudder, JJ.

In the Matter of LEROY JOHNSON, Petitioner, v JOHN B. LEMPKE, Superintendent, Wende Correctional Facility, Respondent. [46 NYS3d 465]—Motion for reargument denied. Present—Carni, J.P., DeJoseph, NeMoyer, Troutman and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CORREIA, Appellant. [46 NYS3d 463]—Motion to dismiss granted. Memorandum: The matter is remitted to Wayne County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or the counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.